PATCH MFG. CO. v. TINSMAN et al.  (Circuit Court, E. D. Pennsylvania. June 30, 1899.)  Motion for New Trial.  Candor & Munson, for plaintiff.  James M. Beck, for defendant.

McPHERSON, District Judge.  I have considered all the reasons for a new trial that were pressed upon the argument of this motion, but they do not convince me that another trial should be had.  With reference to my apparent failure to say to the jury that the foundations were to be put up according to the plaintiff's plans, I think I need only say that the point does not seem of great importance; but, if it is thought worthy of serious attention, it is enough to add that the jury had just heard the defendants' argument, in which this matter was urged upon them, and that the contract was taken out by the jury, and was, no doubt, read and considered.  I have a distinct recollection, also, of having mentioned this fact to the jury, although the stenographer's notes do not show it.  Moreover, the amount of the verdict shows conclusively that the machinery had been accepted by the defendants, and therefore it is less important to weigh scrupulously other matters complained of.  There was positive evidence upon both sides of this question, and the verdict has abundant support.  A new trial is refused, and judgment is directed upon the verdict.

---

## SARRAZIN v. PRESTON et al.

(Circuit Court of Appeals, Fifth Circuit.  June 1, 1899.)

TRADE-MARKS—TRANSFER—EFFECT OF ASSIGNMENT IN INSOLVENCY.

In Error to the Circuit Court of the United States for the Eastern District of Louisiana.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM.  For the reasons given in Sarrazin v. Tobacco Co. (recently decided) 93 Fed. 624, the judgment of the circuit court is affirmed.

---

SAVINGS BANK OF EAST SAGINAW v. HOWRY et al.  (Circuit Court of Appeals, First Circuit.  June 7, 1899.)  No. 274.  Appeal from the District Court of the United States for the District of Massachusetts.  Charles P. Searle, for appellant.  William C. Wait, for appellees.  Dismissed for failure to print record.

---

UNITED STATES v. PING YIK.  (District Court, N. D. New York.  June 14, 1899.)  Wesley C. Dudley, Asst. U. S. Atty.  Richard Crowley, for defendant.

COXE, District Judge.  Although there is a difference in some particulars between this and the preceding case (94 Fed. 824), the facts are so nearly similar that I think an order of discharge should be entered.